# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>MARTHA FRANCO DE PIZANO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01571-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS BALJIT SINGH AND MOHINDER KAUR OR A NOTICE OF STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

George Avalos ("Plaintiff") filed this action on November 6, 2020 against Martha Franco De Pizano, Baljit Singh, and Mohinder Kaur alleging violations of the Americans With Disabilities Act and state law. (ECF No. 1.) On November 9, the summonses and scheduling order issued setting the mandatory scheduling conference in this action for January 28, 2020. (ECF Nos. 3, 4.)

On November 23, 2020, Defendant De Pizano filed an answer to the complaint. On February 7, 2020, proofs of service were filed showing that the defendants were personally served on November 11, 2020. (ECF No. 7.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due within twenty-one days of being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). More than twenty-one days have passed and Defendants Singh and Kaur have not filed a responsive pleading; no stipulation to extend time for defendant to respond to the complaint has been filed; and no request for entry of

default has been filed.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding defendants or a notice regarding the status of this action.

IT IS SO ORDERED.

Dated: __**December 8, 2020**__

UNITED STATES MAGISTRATE JUDGE