# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCO DE PIZANO, et al.,<br><br>    Defendants. | Case No.  1:20-cv-01571-DAD-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MARCH 30, 2021 AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>THIRTY DAY DEADLINE |

George Avalos ("Plaintiff") filed this action on November 6, 2020, against Martha Franco de Pizano, Baljit Singh, and Mohinder Kaur pursuant to the Americans With Disabilities Act. (ECF No. 1.) 14.) On January 22, 2021, Plaintiff filed a scheduling reporting indicating that Defendant Franco de Pizano was to be dismissed from this action. (ECF No. 14.) On January 26, 2021, Defendants Singh and Kaur filed a scheduling reporting indicating that they understood that this case had settled. (ECF No. 15.) On January 27, 2021, a notice of settlement was filed informing the Court that Plaintiff and Defendants Singh and Kaur have reached settlement resolving this action. (ECF No. 16.) Nothing has been filed to dismiss Defendant Franco de Pizano from this action.

Accordingly, it is HEREBY ORDERED that:

1. The scheduling conference set for January 28, 2021, is CONTINUED to **March 30, 2021**, at 10:30 a.m. in Courtroom 9; and

1

2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 28, 2021**

UNITED STATES MAGISTRATE JUDGE

2