UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCO DE PIZANO, et al.,<br><br>  Defendants. | Case No. 1:20-cv-01571-DAD-SAB<br><br>ORDER DISCHARGING MARCH 2, 2021 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 18, 19, 20, 23) |

George Avalos ("Plaintiff") filed this action on November 6, 2020, against Martha Franco de Pizano, Baljit Singh, and Mohinder Kaur pursuant to the Americans With Disabilities Act. (ECF No. 1.) On January 27, 2021, a notice of settlement was filed and the parties were ordered to file dispositional documents within thirty days of January 28, 2021. (ECF Nos. 16, 17.) On March 2, 2021, an order issued requiring the parties to show cause within five days why sanctions should not issue for the failure to comply with the January 28, 2021 order. (ECF No. 18.) Defendants Kaur and Singh filed a response to the order to show cause on March 4, 2021. (ECF Nos. 19, 20.) A stipulation of dismissal was filed on March 4, 2021, that was disregarded as being procedurally defective. (ECF Nos. 21, 22.) On March 8, 2021, Plaintiff filed a response to the order to show cause. (ECF No. 23.)

Having reviewed the responses, the Court shall discharge the order to show cause, but Plaintiff is advised that when a deadline is unable to be met, the prudent course is to request an

extension of the deadline and such failures to comply in the future may result in the issuance of monetary sanctions.

Accordingly, the March 2, 2021 order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**March 9, 2021**__

UNITED STATES MAGISTRATE JUDGE